Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Western District of North Carolina

Civil Division

| | |
|---|---|
| Jamie Lee Lawson, Jr. | |
| Plaintiff | Case No. 1:25-CV-160-MR-WCM |
| -v- | |
| Chastain's Tree Service, | |
| Joseph Ryan Chastain, Owner | |
| Individual Capacity and Official Capacity, | |
| Jointly and Severally, | Jury Trial: (check one) [X] Yes [ ] No |
| | |
| and, | |
| Joseph Ryan Chastain, | |
| D/B/A: Chastain's Tree Service, (Unlicensed) | |
| Individual Capacity and Official Capacity, | |
| Jointly and Severally, | FILED |
| | ASHEVILLE, NC |
| and, | |
| Lourdes Cofino, | JUN 02 2025 |
| Individual Capacity and Official Capacity, | |
| Jointly and Severally | U.S. DISTRICT COURT |
| | W. DISTRICT OF N.C. |
| and, | |
| Any and all unknown Insurance Companies, | |
| in regard to the Defendants | |
| Jointly and Severally | |
| Defendants. | |

## COMPLAINT FOR A CIVIL CASE

### I.     The Parties to This Complaint

#### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jamie Lee Lawson, Jr. |
| Street Address | 344 Messer Place |
| City and County | Murphy, Cherokee County |
| State and Zip Code | North Carolina 28906 |
| Telephone Number | (828) 557-7829 |
| E-mail Address | jamielawson779@gmail.com |

#### B.     The Defendant(s)

## Defendant No. 1

| | |
|---|---|
| Name | Chastine Tree Service, (Unlicensed) |
| Job or Title *(if known)* | Joseph Ryan Chastain, Owner |
| Street Address | 617 Chastain Road |
| City and County | Murphy, Cherokee County |
| State and Zip Code | North Carolina, 28906 |
| Telephone Number | (828) 557-6596 |
| E-mail Address *(if known)* | chastaintreeservice@gmail.com |

## Defendant No. 2

| | |
|---|---|
| Name | Joseph Ryan Chastain |
| Job or Title *(if known)* | D/B/A: Chastain's Tree Service, (Unlicensed) |
| Street Address | 617 Chastain Road |
| City and County | Murphy, Cherokee County |
| State and Zip Code | North Carolina, 28906 |
| Telephone Number | (828) 557-6596 |
| E-mail Address *(if known)* | chastaintreeservice@gmail.com |

## Defendant No. 3

| | |
|---|---|
| Name | Lourdes Cofino |
| Job or Title *(if known)* | Property Owner |
| Street Address | 77 George Road |
| City and County | Blairsville, Union County |
| State and Zip Code | Georgia 30512 |
| Telephone Number | Unknown |
| E-mail Address *(if known)* | Unknown |

## Defendant No. 4

| | |
|---|---|
| Name | Any unknown Insurance Companies in regard to the Defendants |
| Job or Title *(if known)* | Unknown |
| Street Address | Unknown |
| City and County | Unknown |
| State and Zip Code | Unknown |
| Telephone Number | Unknown |
| E-mail Address *(if known)* | Unknown |

## II.    Basis for Jurisdiction

The defendant Lourdes Cofino lives in Blairsville, Georgia, and owns the property where the plaintiff, Jamie Lawson Jr. was injured. The defendants, Chastain's Tree Service, Owner Joseph Ryan Chastain and, Joseph Ryan Chastain, D/B/A Chastain's Tree Service (Unlicensed), operate the business, Chastain's Tree Service (Unlicensed), and lives at 617 Chastain Road, Murphy, North Carolina 28906, and were unlicensed, unlawfully, illegally, uninsured and not bonded for performing work at the defendant Lourdes Cofino property located at, 77 George Road, Blairsville, Georgia 30512, where the plaintiff Jamie Lee Lawson Jr. was injured.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question        ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

The defendants, Chastain's Tree Service and, Joseph Ryan Chastain, D/B/A Chastain's Tree Service (Unlicensed), have denied the plaintiff Jamie Lee Lawson, Jr., Due Process, by performing unlicensed, unlawfully, illegally, uninsured and not bonded work at the defendant Lourdes Cofino property located at, 77 George Road, Blairsville, Georgia 30512.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Jamie Lee Lawson, Jr. , is a citizen of the State of *(name)* North Carolina .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* Lourdes Cofino , is a citizen of the State of *(name)* Georgia . Or is a citizen of *(foreign nation)* _____

**Defendants Attachment**

*c. The defendant Chastain's Tree Service,  Joseph Ryan Chastain, Owner, is an unlicensed company in
    North Carolina, Performing work in North Carolina, Georgia and anywhere else without a license or
    insurance.

*d. The defendant Joseph Ryan Chastain, is an individual D/B/A: Chastain's Tree Service, (Unlicensed),
    and located in North Carolina.

*e. The defendants, Any and all unknown Insurance Companies,
     in regard to the Defendants, is unknown at this time.

b.    If the defendant is a corporation

The defendant, *(name)*   N/A                           , is incorporated under

the laws of the State of *(name)*                        , and has its

principal place of business in the State of *(name)*             .

Or is incorporated under the laws of *(foreign nation)*            ,

and has its principal place of business in *(name)*             .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

*See attached page for other defendants c, d and e.

3.    The Amount in Controversy

The Amount in Controversy exceeds $75,000.00, exclusive of costs, attorney fees, and interest for compensatory damages, as well as $20,000,000.00 for punitive damages.

III    Statement of Claim

On June 1, 2023, the plaintiff Jamie Lee Lawson Junior was working for the defendant Joseph Ryan Chastain D/B/A, Chastain's Tree Service at the defendant Lourdes Cofino house located at 77 George Road, Blairsville, GA 30512. The defendant, Joseph Ryan Chastain, D/B/A Chastain's Tree Service (Unlicensed), failed to furnish the proper equipment to do the job cutting trees with, specifically a chainsaw to safely trim limbs with from a tree. While the plaintiff Jamie Lee Lawson, Jr., was trimming a tree limb with the wrong chainsaw the tree peeled and grabbed the chainsaw out of his hand cutting his left arm severely and severing an artery and several muscles and nerves causing sever and permanent damage to his left arm, a picture hereby attached. The plaintiff Jamie Lee Lawson, Jr. was able to repel himself to the ground. He then told one of the people working to get a belt and put a tourniquet around his left arm or he would not bleed to death. The employee put a tourniquet on his left arm and some of the employees carried the plaintiff to the front of the property at 77 George Road in Blairsville, Georgia. When the ambulance arrived, they immediately air lifted the plaintiff to North Georgia Hospital because his injuries were too severe to take the time by ambulance. The defendant Joseph Ryan Chastine then told the plaintiff that he did not have a business license, workers compensation insurance, liability insurance, or bond to cover his injuries and recovery as needed. The defendant Joseph Ryan Chastine told the plaintiff that he would take care of all cost and expenses. The defendant Joseph Ryan Chastine goaded the plaintiff into going back to work after the stitches were removed even though his arm had not completely healed and he did not receive any rehabilitation or physical therapy. On a Monday the plaintiff was pulling limbs with his right hand and attempting to put them in a pile. On the following Tuesday as he was trying to pile them up, he had to use his left arm to pick them up and unfortunately it injured his left arm again. He told the plaintiff Joseph Ryan Chastain that his arm was hurt again due to his previous injury, and he had to go home and get some help for his arm. The plaintiff Joseph Ryan Chastain called the plaintiff on Wednesday that Friday was his last day that he would pay him and he was fired. He also told him that it was not personal, just business. The intentional neglect and fraud of the defendant Joseph Ryan Chastain, contributed directly to the plaintiff's injuries. The defendant Lourdes Cofino failed to do their due diligence to make sure that the defendant Joseph Ryan Chastain D/B/A Chastain's Tree Service was properly licensed, insured and bonded to do the work that he had contracted with them to do thereby directly contributing to injuries of the plaintiff Jamie Lee Lawson, Jr. under the doctrine of negligence and premises liability.

IV.    Relief

Past, present and future compensatory damages for the plaintiff related accident on June 1, 2023, in the amount exceeding $75,000.00, exclusive of costs, attorney fees, and interest and, $20,000.000.00 in punitive damages from the defendants, Joseph Ryan Chastain D/B/A Chastain's Tree Service and Chastain's Tree service, owned by defendant Joseph Ryan Chastain, and defendant Lourdes Cofino, 77 George, Blairsville, Georgia.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     June 2, 2025.

Signature of Plaintiff     _Jamie Lee Lawson Jr_

Printed Name of Plaintiff     Jamie Lee Lawson, Jr.

